DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. HYATT

No. 136 PC.

Case below: 32 N.C. App. 623.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 June 1977.

STATE v. MILLER

No. 135 PC.

Case below: 32 N.C. App. 770.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 June 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 13 June 1977.

STATE v. MOOREFIELD

No. 137 PC.

Case below: 33 N.C. App. 37.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1977. Appeal dismissed ex mero motu for lack of substantial constitutional question 2 June 1977.

STATE v. MUSUMECI

No. 144 PC.

Case below: 33 N.C. App. 88.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 June 1977.

STATE v. RIDDLE

No. 124 PC.

Case below: 33 N.C. App. 239.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 June 1977.